UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: BRONGE, ANTHONY
      BRONGE, SANDY

§ Case No. 10-74108
§
§
Debtor(s) §

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/11/2012 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 05/10/2012        By: /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: BRONGE, ANTHONY § Case No. 10-74108
BRONGE, SANDY §
§
Debtor(s) §
§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $   4,650.00

*and approved disbursements of*             $     100.00

*leaving a balance on hand of* 1            $   4,550.00

**Balance on hand:**                        $   4,550.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | HSBC Mortgage Corporation | 333,217.92 | 0.00 | 0.00 | 0.00 |
| 10 | Ford Motor Credit Company LLC | 3,448.83 | 0.00 | 0.00 | 0.00 |
| 12 | Regional Acceptance | 14,760.89 | 0.00 | 0.00 | 0.00 |
| 14 | Sheffield Financial | 21,832.99 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $       0.00
Remaining balance:                       $   4,550.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,162.50 | 0.00 | 1,162.50 |
| Trustee, Expenses - JOSEPH D. OLSEN | 115.32 | 0.00 | 115.32 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,212.50 | 0.00 | 1,212.50 |

Total to be paid for chapter 7 administration expenses:   $   2,490.32
Remaining balance:                                        $   2,059.68

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,059.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $650.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Office of the United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for priority claims: $ 650.00
Remaining balance: $ 1,409.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 328,104.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Services Corporation dba FCC Equipment | 0.00 | 0.00 | 0.00 |
| 2 | Citibank, N.A. | 55,779.51 | 0.00 | 239.65 |
| 3 | Leaf Funding, Inc. | 67,375.00 | 0.00 | 289.47 |
| 4 | HSBC Mortgage Corporation | 0.00 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 6,773.03 | 0.00 | 29.10 |
| 6 | Capital One Bank (USA), N.A. | 22,883.56 | 0.00 | 98.32 |
| 7 | Capital One Bank (USA), N.A. | 6,991.71 | 0.00 | 30.04 |
| 9 | Chase Bank USA, N.A. | 12,830.17 | 0.00 | 55.12 |
| 10 -2 | Ford Motor Credit Company LLC | 3,448.83 | 0.00 | 14.82 |
| 11 | LVNV Funding LLC | 9,313.55 | 0.00 | 40.02 |
| 13 | GFB, LLC | 10,869.44 | 0.00 | 46.70 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 15 | Carpenters Pension and Retirement Savings Funds | 0.00 | 0.00 | 0.00 |
| 15 -2 | Carpenters Pension and Retirement Savings Funds | 0.00 | 0.00 | 0.00 |
| 16 | Fox Valley & Vicinity Construction Worker | 7,302.54 | 0.00 | 31.37 |
| 17 | Lake County Welfare, Pension and Retirement Saving | 0.00 | 0.00 | 0.00 |
| 19 | Discover Bank | 15,016.54 | 0.00 | 64.52 |
| 20 | McBride Engineering, Inc. | 19,953.15 | 0.00 | 85.73 |
| 21 | Fox Valley & Vicinity Construction Worker | 37,372.71 | 0.00 | 160.57 |
| 22 | Lake County, IL, Plasterers and Cement Masons | 14,933.99 | 0.00 | 64.16 |
| 23 | Balboa Capital Corporation | 37,260.71 | 0.00 | 160.09 |

Total to be paid for timely general unsecured claims: $ 1,409.68
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 80,062.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | Laborers' Pension; Health & Welfare Funds | 80,062.03 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                          Case No. 10-74108-MB
Anthony Bronge                                                  Chapter 7
Sandy Bronge
      Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-3           User: vgossett             Page 1 of 4             Date Rcvd: May 15, 2012
                               Form ID: pdf006            Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2012.
db/jdb       +Anthony Bronge,    Sandy Bronge,    720 Blackhawk,    Marengo, IL 60152-9666
17991809     +Baker, Bloomberg & Assoc.,    4 Dominion Drive,    Building 4, Suite 250,
               San Antonio, TX 78257-1399
16004710     +Balboa Capital Corporation,    Attn: Legal Department,    2010 Main Street, 11th Floor,
               Irvine, CA 92614-7273
16004711     +Bank Card services,    P.O. Box 84013,    Columbus, GA 31908-4013
16004712      Capital One Bank,    PO Box 6492,   Carol Stream, IL 60197-6492
16117720      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC 28272-1083
16268329      Carpenters Pension and Retirement,    P.O. Box 4001,    Geneva, IL 60134-4001
16593049     +Carpenters Pension and Retirement Savings Funds,     c/o Beverly P. Alfon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
16268330     +Cement Masons Local 502,    1842 Payshere Circle,    Chicago, IL 60674-0018
16004713      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
16184366      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16268331     +Chicago Regl Carpenters Local 363,    P.O. Box 94432,    Chicago, IL 60690-4432
16079319     +Citibank South Dakota NA,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
17625821     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
16268332     +Citibusiness Card,    P.O. Box 688901,    Des Moines, IA 50368-8901
16004714     +Citicards,   Processing Center,    Des Moines, IA 50363-0001
17991810      DK Contracting,    12838 Oak Valley,    Homer Glen, IL 60491
16268408    #+Detail Concrete,    22517 W. Grant Highway,    Marengo, IL 60152-9660
16004716     +FCC Equipment Financial,    12740 Granbay Parkway West,    Suite 1200,
               Jacksonville, FL 32258-5487
16060715    #+FCC Equipment Financing,    c/o Penelope McCullough,    P.O. Box 56347,
               Jacksonville, FL 32241-6347
16195723    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,     Drawer 55-953,   P.o. Box 55000,
               Detroit, MI 48255-0953)
17690854      First Equity Card,    P.O. Box 23029,    Columbus, GA 31902-3029
16004717     +Five Point Capital/Leaf Funding,    P.O. Box 644006,    Cincinnati, OH 45264-0309
16268334     +Ford Motor Credit,    P.O. Box 1106,    Wesmont, IL 60559-8306
16004718     +Ford Motor Credit,    P.O. Box 689007,    Franklin, TN 37068-9007
16268269      Ford Motor Credit,    P.O. Box 790093,    St. Louis, MO 63179-0093
18092487     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
16210368      Ford Motor Credit Company, LLC,    c/o Attorney Steven L. Nelson,    Snyder, Park & Nelson, P.C.,
               P.O. Box 3700,    Rock Island, IL 61204-3700
16592999     +Fox Valley & Vicinity Construction Worker,    Pension and Welfare Funds,
               c/o Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
               Chicago, IL 60606-5231
16268335     +Fox Valley C/M Local 11-638,    75 Remittance Drive,    Suite 3163,   Chicago, IL 60675-3163
16268376      Fox Valley Workers Welfare and en,    75 Remittance Drive, Suite 3163,    Chicago, IL 60675-3163
17690849     +HSBC,   2929 Walden Avenue,    Depew, NY 14043-2690
16112158     +HSBC Mortgage Corporation,    c/o Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
16129933     +HSBC Mortgage Corporation (USA),    c/o HSBC Mortgage Services, Inc.,    P.O. Box 21188,
               Eagan, MN 55121-0188
16268270     +Harris Bank,    111 West Monroe Street,    Box 755,   Chicago, IL 60603-4095
16268271     +Hodges Westside Truck Center, Inc.,    11201 South Grant Highway,    Marengo, IL 60152-9450
16004720     +Laborer’s Pension Fund,    11465 Cermack,    Westchester, IL 60154-5771
16268384     +Laborers Pension & Welfare,    11465 Cermak Road,    Westchester, IL 60154-5771
18568084     +Laborers’ Pension; Health & Welfare Funds,    Office of Fund Counsel,    c/o Christina Krivenek,
               111 West Jackson Bvd., Ste 1415,    Chicago, IL 60604-3868
16268336     +Lake County C/M Local 362,    P.O. Box 92871,    Chicago, IL 60675-2871
16268388      Lake County Plaster and Cement Trus,    P.O. Box 92871,    Waukegan, IL
16593013     +Lake County Welfare, Pension and Retirement Saving,     c/o Beverly P. Alfon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
18396406     +Lake County, IL, Plasterers and Cement Masons,    Pension and Retirement Savings Funds,
               c/o Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
               Chicago, IL 60606-5231
16268337      Local 150 Operators,    6150 Joliet Road,    Countryside, IL 60525-3994
17690855     +McBride Engineering, Inc.,    3649 W. 183rd Street, Suite 124,    Hazel Crest, IL 60429-2523
16268273     +Midwest Co.,    566 Rock Road,   Dundee, IL 60118-2447
16004721     +Office of Fund Counsel/ P. Wallace,    111 W. Jackson Blvd,    Suite 1415,   Chicago, IL 60604-3868
17607444     +Office of the United States Trustee,    780 Regent Street, Suite 304,    Madison, WI 53715-2635
16268338     +Operators Local 150 Benefits,    6150 Joliet Road,    Country Side, IL 60525-3956
16268339     +Operators Local 150 Dues,    P.O. Box 94427,    Chicago, IL 60690-4427
17690860     +Patten Industries,    635 Lake St.,    Elmhurst, IL 60126-1465
17690861     +Roland Machinery Co.,    816 N. Dirksen Pkway,    Springfield, IL 62702-6115
16004724      Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
16060739     +Services Corporation dba FCC Equipment,    c/o Greenberg Traurig,    Attn: Nancy Peterman,
               77 West Wacker Drive, Suite 3100,    Chicago, IL 60601-4904
```

```
District/off: 0752-3          User: vgossett              Page 2 of 4                  Date Rcvd: May 15, 2012
                              Form ID: pdf006             Total Noticed: 71

16065183       Services Corporation, dba FCC Equipment Financing,    Attention: Penelope McCullough,
                P.O. Boc 56347,   Jacksonville, FL  32241-6347
16268325      +U.S. Bank/Harris Leasing,   1450 Channel Parkway,   Marshall, MN  56258-4005
16268326      +Wells Fargo,   P.O. Box 777,   San Francisco, CA  94104-7001
16268327       Yale Financial Services,   Box 643749,   Pittsburgh, PA  15264-3749
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17690850      +E-mail/Text: skuhlmann@atlaslift.com May 16 2012 03:37:25     Atlas BobCat, Inc.,
                5050 N. River Rd.,   Schiller Park, IL  60176-1092
17690853      +E-mail/PDF: mrdiscen@discoverfinancial.com May 16 2012 01:46:35     Discover,   P.O. Box 6103,
                Carol Stream, IL  60197-6103
18003128       E-mail/PDF: mrdiscen@discoverfinancial.com May 16 2012 01:46:35     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
16558323       E-mail/Text: bnc-genesis@quantum3group.com May 16 2012 04:26:31     GFB, LLC,
                Quantum3 Group LLC,   PO Box 788,   Kirkland, WA  98083-0788
17791878      +E-mail/Text: bnckohlsnotices@becket-lee.com May 16 2012 01:54:54     Kohl’s Payment Center,
                P.O. Box 2983,   Milwaukee, WI  53201-2983
16396704       E-mail/Text: resurgentbknotifications@resurgent.com May 16 2012 01:19:59     LVNV Funding LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
16100408      +E-mail/Text: bankruptcyaccounts@resourceamerica.com May 16 2012 03:20:39     Leaf Funding, Inc.,
                2005 Market Street, 14th Floor,   Philadephia, PA 19103-7009
16004722      +E-mail/Text: adamsonr@prairiecommunitybank.com May 16 2012 05:24:49     Prairie Community Bank,
                800 West Grant Highway,   Marengo, IL  60152-3077
16470633       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 16 2012 03:35:51     Regional Acceptance,   PO Box 1847,
                Wilson, NC  27894-1847
16004723      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 16 2012 03:35:51     Regional Acceptance Corp.,
                P.O. Box 580075,   Charlotte, NC  28258-0075
16004725      +E-mail/Text: bankruptcy@bbandt.com May 16 2012 04:23:35     Sheffield Financial,   P.O. Box 1704,
                Clemmons, NC  27012-1704
16573163      +E-mail/Text: bankruptcy@bbandt.com May 16 2012 04:23:35     Sheffield Financial,   PO Box 1847,
                Wilson NC  27894-1847
17690862      +E-mail/Text: bankruptcy@wrightexpress.com May 16 2012 04:38:25     Wright Express Fleet Services,
                P.O. Box 6293,   Carol Stream, IL  60197-6293
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16592902       Carpenters Pension and Retirement Savings Funds
16592903       Carpenters Pension and Retirement Savings Funds
16268328     ##+AMCORE Bank,   P.O. Box 358,   Beloit, WI  53512-0358
16004715     ##+Daimler Truck Financial,   13650 Heritage Pkwy,   Fort Worth, TX  76177-5323
16268333     ##+Five Point Capital,   10525 Vista Sorrento Pkwy.,   Suite 304,   San Diego, CA  92121-2747
16004719     ##+Ford Motor Credit-Lease,   P.O. Box 239850,   Las Vegas, NV  89105-9850
                                                                                   TOTALS: 2, * 0, ## 4

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: vgossett           Page 3 of 4            Date Rcvd: May 15, 2012
                              Form ID: pdf006          Total Noticed: 71
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 17, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett            Page 4 of 4               Date Rcvd: May 15, 2012
                              Form ID: pdf006           Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2012 at the address(es) listed below:

```
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick Layng carole.ryczek@usdoj.gov
              Christina K Krivanek    on behalf of Creditor   Laborers Pension Fund christinak@chilpwf.com,
               fundcounsel@gmail.com;vedranaa@chilpwf.com
              Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              James P Mullally    on behalf of Debtor Anthony Bronge jpm@konewkoandassoc.com
              Jose G Moreno    on behalf of Creditor   HSBC Mortgage Corporation (USA) nd-one@il.cslegal.com
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com,  IL46@ECFCBIS.com
              Olivia P Dirig    on behalf of Debtor Anthony Bronge odirig@fgmlaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Patrick T. Wallace    on behalf of Creditor   Laborers Pension Fund wallace.patrick@gmail.com,
               fundcounsel@gmail.com
              Rebecca A Lamm    on behalf of Debtor Anthony Bronge rlamm@fgmlaw.com
              Steven L Nelson    on behalf of Creditor   Ford Motor Credit Company LLC snelson@snyderpark.com
                                                                                             TOTAL: 12
```