**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BRONGE, ANTHONY | § Case No. 10-74108 |
| BRONGE, SANDY | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,152,186.07         Assets Exempt: $1,538,025.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,059.68     Claims Discharged
                                                Without Payment: $406,756.79

Total Expenses of Administration: $2,590.32

---

3) Total gross receipts of $ 4,650.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,650.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $373,260.63 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,377.82 | 2,590.32 | 2,590.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 650.00 | 650.00 | 650.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 659,627.49 | 408,166.47 | 1,409.68 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,034,915.94 | $411,406.79 | $4,650.00 |

    4) This case was originally filed under Chapter 7 on August 17, 2010. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/22/2012          By: /s/JOSEPH D. OLSEN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pickens Quarry Claim (See lawsuit detail) | 1129-000 | 4,650.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,650.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | HSBC Mortgage Corporation | 4110-000 | N/A | 333,217.92 | 0.00 | 0.00 |
| 10 | Ford Motor Credit Company LLC | 4110-000 | N/A | 3,448.83 | 0.00 | 0.00 |
| 12 | Regional Acceptance | 4110-000 | N/A | 14,760.89 | 0.00 | 0.00 |
| 14 | Sheffield Financial | 4110-000 | N/A | 21,832.99 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$373,260.63** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,162.50 | 1,162.50 | 1,162.50 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 115.32 | 115.32 | 115.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 1,212.50 | 1,212.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,377.82 | $2,590.32 | $2,590.32 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | Office of the United States Trustee | 5800-000 | N/A | 650.00 | 650.00 | 650.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $650.00 | $650.00 | $650.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Services Corporation dba FCC Equipment | 7100-000 | N/A | 239,626.66 | 0.00 | 0.00 |
| 2 | Citibank, N.A. | 7100-000 | N/A | 55,779.51 | 55,779.51 | 239.65 |
| 3 | Leaf Funding, Inc. | 7100-000 | N/A | 67,375.00 | 67,375.00 | 289.47 |
| 4 | HSBC Mortgage Corporation | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 6,773.03 | 6,773.03 | 29.10 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 22,883.56 | 22,883.56 | 98.32 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 6,991.71 | 6,991.71 | 30.04 |
| 9 | Chase Bank USA, N.A. | 7100-000 | N/A | 12,830.17 | 12,830.17 | 55.12 |
| 10 -2 | Ford Motor Credit Company LLC | 7100-000 | N/A | 3,448.83 | 3,448.83 | 14.82 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | LVNV Funding LLC | 7100-000 | N/A | 9,313.55 | 9,313.55 | 40.02 |
| 13 | GFB, LLC | 7100-000 | N/A | 10,869.44 | 10,869.44 | 46.70 |
| 15 | Carpenters Pension and Retirement Savings Funds | 7100-000 | N/A | 3,506.92 | 0.00 | 0.00 |
| 15 -2 | Carpenters Pension and Retirement Savings Funds | 7100-000 | N/A | 3,506.92 | 0.00 | 0.00 |
| 16 | Fox Valley & Vicinity Construction Worker | 7100-000 | N/A | 7,302.54 | 7,302.54 | 31.37 |
| 17 | Lake County Welfare, Pension and Retirement Saving | 7100-000 | N/A | 4,820.52 | 0.00 | 0.00 |
| 19 | Discover Bank | 7100-000 | N/A | 15,016.54 | 15,016.54 | 64.52 |
| 20 | McBride Engineering, Inc. | 7100-000 | N/A | 19,953.15 | 19,953.15 | 85.73 |
| 21 | Fox Valley & Vicinity Construction Worker | 7100-000 | N/A | 37,372.71 | 37,372.71 | 160.57 |
| 22 | Lake County, IL, Plasterers and Cement Masons | 7100-000 | N/A | 14,933.99 | 14,933.99 | 64.16 |
| 23 | Balboa Capital Corporation | 7100-000 | N/A | 37,260.71 | 37,260.71 | 160.09 |
| 24 | Laborers' Pension; Health & Welfare Funds | 7200-000 | N/A | 80,062.03 | 80,062.03 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $659,627.49 | $408,166.47 | $1,409.68 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74108  
**Case Name:** BRONGE, ANTHONY  
BRONGE, SANDY  
**Period Ending:** 08/22/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/20/11 (c)  
**§341(a) Meeting Date:** 08/29/11  
**Claims Bar Date:** 01/27/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Prior to conversion | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Prior to conversion | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Prior to conversion | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Prior to conversion | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous Artwork and Collectibles | 350.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing Location: 720 Blackhawk, Marengo IL 601 | 350.00 | 0.00 | DA | 0.00 | FA |
| 7 | Detail Concrete 22517 W. Grant Highway Marengo, | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | AWD properties, 1/3 interest | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | AWD properties, 1/3 interest (duplicates #8) Duplicates #8 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Accts Rec. - Detail Concrete 22517 W Grant Hwy | 918,896.07 | 0.00 | DA | 0.00 | FA |
| 11 | Pickens Quarry Claim (See lawsuit detail) | Unknown | 5,000.00 | DA | 4,650.00 | FA |
| 12 | 06 Ford Truck | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2005 Cadillac Escalade | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2002 Chevrolet Blazer Location: 720 Blackhawk, M | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2003 Dodge 3500 | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Residence Location: 720 Blackhawk, Marengo IL 60 | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | AWD Properties 22517 W. Grant Highway Marengo, I | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Checking Account Prairie Community Bank 800 W. G | 500.00 | 0.00 | DA | 0.00 | FA |
| 19 | Checking account for Bronge Racing 50% interest | 1,675.00 | 0.00 | DA | 0.00 | FA |
| 20 | Miscellaneous Household Goods and Furnishings Lo | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Wedding Bands | 200.00 | 0.00 | DA | 0.00 | FA |
| 22 | Firearm | 250.00 | 0.00 | DA | 0.00 | FA |
| 23 | Term Insurance Policy Pekin Insurance No cash va | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | Term Insurance Policy Pekin Insurance No cash va | 1,000,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 2009 Amended Tax Return Not filed Potential Refu | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2010 Tax Refund Federal and State | 5,365.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-74108
**Case Name:** BRONGE, ANTHONY
BRONGE, SANDY
**Period Ending:** 08/22/12

**Trustee:**          (330400)   JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 07/20/11 (c)
**§341(a) Meeting Date:** 08/29/11
**Claims Bar Date:** 01/27/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27 | 50% interest in Bronge Racing, LLC Co-owns compa | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | Misc specialty tools for repair/maintenance of r | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | (2) cars & 20'  enclosed trailer | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | **Assets**    **Totals** (Excluding unknown values) | **$3,152,186.07** | **$5,000.00** | | **$4,650.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     March 31, 2012        **Current Projected Date Of Final Report (TFR):**     April 27, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-74108 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BRONGE, ANTHONY | | Bank Name: | The Bank of New York Mellon |
| | BRONGE, SANDY | | Account: | 9200-******79-66 - Checking Account |
| Taxpayer ID #: | **-***3009 | | Blanket Bond: | $820,095.60   (per case limit) |
| Period Ending: | 08/22/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/12/11 | {11} | Chicago Title & Trust Co. | | 1129-000 | 4,650.00 | | 4,650.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,625.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,600.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,575.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,550.00 |
| 06/12/12 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,212.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,212.50 | 3,337.50 |
| 06/12/12 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $115.32, Trustee Expenses;  Reference: | 2200-000 | | 115.32 | 3,222.18 |
| 06/12/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,162.50, Trustee Compensation;  Reference: | 2100-000 | | 1,162.50 | 2,059.68 |
| 06/12/12 | 104 | Office of the United States Trustee | Dividend paid 100.00% on $650.00; Claim# 18; Filed: $650.00; Reference: | 5800-000 | | 650.00 | 1,409.68 |
| 06/12/12 | 105 | Citibank, N.A. | Dividend paid   0.42% on $55,779.51; Claim# 2; Filed: $55,779.51; Reference: | 7100-000 | | 239.65 | 1,170.03 |
| 06/12/12 | 106 | Leaf Funding, Inc. | Dividend paid   0.42% on $67,375.00; Claim# 3; Filed: $67,375.00; Reference: | 7100-000 | | 289.47 | 880.56 |
| 06/12/12 | 107 | Chase Bank USA, N.A. | Dividend paid   0.42% on $12,830.17; Claim# 9; Filed: $12,830.17; Reference: | 7100-000 | | 55.12 | 825.44 |
| 06/12/12 | 108 | Ford Motor Credit Company LLC | Dividend paid   0.42% on $3,448.83; Claim# 10-2; Filed: $3,448.83; Reference: | 7100-000 | | 14.82 | 810.62 |
| 06/12/12 | 109 | LVNV Funding LLC | Dividend paid   0.42% on $9,313.55; Claim# 11; Filed: $9,313.55; Reference: | 7100-000 | | 40.02 | 770.60 |
| 06/12/12 | 110 | GFB, LLC | Dividend paid   0.42% on $10,869.44; Claim# 13; Filed: $10,869.44; Reference: | 7100-000 | | 46.70 | 723.90 |
| 06/12/12 | 111 | Discover Bank | Dividend paid   0.42% on $15,016.54; Claim# 19; Filed: $15,016.54; Reference: | 7100-000 | | 64.52 | 659.38 |
| 06/12/12 | 112 | McBride Engineering, Inc. | Dividend paid   0.42% on $19,953.15; Claim# 20; Filed: $19,953.15; Reference: | 7100-000 | | 85.73 | 573.65 |
| 06/12/12 | 113 | Lake County, IL, Plasterers and Cement Masons | Dividend paid   0.42% on $14,933.99; Claim# 22; Filed: $14,933.99; Reference: | 7100-000 | | 64.16 | 509.49 |
| 06/12/12 | 114 | Balboa Capital Corporation | Dividend paid   0.42% on $37,260.71; Claim# 23; Filed: $37,260.71; Reference: | 7100-000 | | 160.09 | 349.40 |
| 06/12/12 | 115 | Capital One Bank (USA), N.A. | Combined Check for Claims#5,6,7 | | | 157.46 | 191.94 |
| | | | Dividend paid   0.42% on $6,773.03;  Claim# 5; Filed: $6,773.03 | 29.10 | 7100-000 | | 191.94 |
| | | | Dividend paid   0.42% on | 98.32 | 7100-000 | | 191.94 |

Subtotals :    $4,650.00    $4,458.06

{} Asset reference(s) 

Printed: 08/22/2012 09:00 AM    V.13.02

Case 10-74108    Doc 133    Filed 08/22/12    Entered 08/22/12 09:06:34    Desc Main
Document      Page 9 of 9

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-74108 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | BRONGE, ANTHONY | | **Bank Name:** | The Bank of New York Mellon |
| | BRONGE, SANDY | | **Account:** | 9200-******79-66 - Checking Account |
| **Taxpayer ID #:** | **-***3009 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 08/22/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $22,883.56;  Claim# 6;<br>Filed: $22,883.56 | | | | |
| | | | Dividend paid   0.42% on       30.04<br>$6,991.71;  Claim# 7;<br>Filed: $6,991.71 | 7100-000 | | | 191.94 |
| 06/12/12 | 116 | Fox Valley & Vicinity Construction Worker | Combined Check for Claims#16,21 | | | 191.94 | 0.00 |
| | | | Dividend paid   0.42% on       31.37<br>$7,302.54;  Claim# 16;<br>Filed: $7,302.54 | 7100-000 | | | 0.00 |
| | | | Dividend paid   0.42% on      160.57<br>$37,372.71;  Claim# 21;<br>Filed: $37,372.71 | 7100-000 | | | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,650.00 | 4,650.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 4,650.00 | 4,650.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,650.00** | **$4,650.00** | |

| | |
|---|---|
| Net Receipts : | 4,650.00 |
| Net Estate : | $4,650.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******79-66 | 4,650.00 | 4,650.00 | 0.00 |
| | $4,650.00 | $4,650.00 | $0.00 |

{} Asset reference(s)

Printed: 08/22/2012 09:00 AM    V.13.02